FILED

11/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0650

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0650

_____

SHANIA LEA LEVEQUE,

      Petitioner,

   v.                                   O R D E R

SCOTT D. TWITO,

      Respondent.

_____

Petitioner Shania Lea Leveque, through counsel, seeks a writ of habeas corpus to reverse that portion of the Yellowstone County Justice Court's June 29, 2023 judgment that imposed restitution exceeding $200,000 for her misdemeanor traffic infraction. Upon review of the petition and attachments, the Court deems it appropriate to invite a response.

IT IS THERFORE ORDERED that the Respondent, the Attorney General, or both shall have thirty (30) days from the date of this Order within which to file a summary response to the Petition.

The Clerk is directed to provide notice of this Order to counsel for Petitioner, to the Respondent, to the Montana Attorney General, and to all counsel of record in Yellowstone County Justice Court Case No. TK-910-2022-0007049.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 10 2023